FILED
JAMES BONINI

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

2011 AUG 24  AM 11: 34



| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 3:06CR00004 |
| Gregory Speakman | ) | |
| | ) | |

**ORDER**

In the interest of justice, the Court orders the forensic analysis of the two Compaq computers seized from Speakman's residence on July 19, 2011.

_____
United States District Judge

8-24-11
_____
Date